IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARCUS STEFONE McNEAL,     ) | |
| )  | |
|     Plaintiff,       ) | |
| ) | CIVIL ACTION NO. |
|   v.                 ) | 2:24cv165-MHT |
| ) | (WO) |
| EXETER FINANCE LLC,        ) | |
| ) | |
|     Defendant.       ) | |

OPINION AND ORDER

    Plaintiff filed this lawsuit in a state court asserting claims under federal and state law related to his purchase of a car using a retail installment contract.  This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion to remand the case to state court be denied.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

    Accordingly, it is ORDERED as follows:

    (1) The recommendation of the United States Magistrate Judge (Doc. 18) is adopted.

    (3) The motion to remand (Doc. 7) is denied.

    It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

    DONE, this the 30th day of September, 2024.

                                   /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE