IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARCUS STEFONE McNEAL,    )
                          )
    Plaintiff,             )
                          )      CIVIL ACTION NO.
    v.                    )        2:24cv165-MHT
                          )             (WO)
EXETER FINANCE LLC,       )
                          )
    Defendant.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 36) is adopted.

(2) Defendant's motion to dismiss (Doc. 31) is granted.

(3) Plaintiff's federal claims are dismissed with prejudice for failure to state a claim.

(4) Plaintiff's state claims are dismissed without prejudice to refiling them in a state court, pursuant to 28 U.S.C. § 1367(c).

It is further ORDERED that costs are taxed against plaintiff on his federal claims only, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of August, 2025.

                            /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**